[No. 42176-3-II.   Division Two.   July 23, 2013.]

The State of Washington, *Respondent*, v. Jacob Mejia, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 09-1-00974-9, Leila Mills, J., entered May 23, 2011. *Affirmed* by unpublished opinion per Bjorgen, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.

[No. 42534-3-II.   Division Two.   July 23, 2013.]

The State of Washington, *Respondent*, v. Scott L. Goldade, *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 11-1-00191-4, F. Mark McCauley, J., entered August 29, 2011. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Worswick, C.J., and Bjorgen, J.

[No. 42703-6-II.   Division Two.   July 23, 2013.]

Erika Hardy, *Appellant*, v. Fred Meyer Stores, Inc., et al., *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 09-2-15360-0, Garold E. Johnson, J., entered September 14, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Johanson, A.C.J., and Quinn-Brintnall, J.

[No. 42714-1-II.   Division Two.   July 23, 2013.]

The State of Washington, *Respondent*, v. Scott Eugene Collins, *Appellant*.

Appeal from a judgment of the Superior Court for Cowlitz County, No. 10-1-00860-5, Stephen M. Warning, J., entered July 28, 2011. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar and Bjorgen, JJ.